**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**


**CLARENDON NATIONAL INSURANCE COMPANY**                    **PLAINTIFF**


**VERSUS**                                  **CIVIL ACTION NO. 2:03CV217-P-A**


**NORTH MISSISSIPPI GRAIN COMPANY, INC.,**
**JERRY SLOCUM FARMS, INC., TENCO SERVICES,**
**INC. AND CLAIMSCO INTERNATIONAL, INC.**                    **DEFENDANTS**


## ORDER

This cause is before the Court on the plaintiff's Motion to Compel Arbitration with Claimsco International, Inc. And Tenco Services, Inc. And Stay All Proceedings Or, Alternatively, Motion for Continuance Due to Illness of Witness [107-1]. The Court, having reviewed the motion, the response, the briefs of the parties and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is not well-taken and should be denied for the reasons articulated in the defendants' response to the instant motion.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiff's Motion to Compel Arbitration with Claimsco International, Inc. And Tenco Services, Inc. And Stay All Proceedings Or, Alternatively, Motion for Continuance Due to Illness of Witness [107-1] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 3rd day of June, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE