IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**CLARENDON NATIONAL INSURANCE COMPANY**  　　　　　　　　**PLAINTIFF**

**VERSUS**　　　　　　　　　　　　　　　　**CIVIL ACTION NO. 2:03CV217-P-A**

**NORTH MISSISSIPPI GRAIN CO., INC.**
**et al**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## FINAL JUDGMENT

This cause came on for hearing on defendants' Motion for Summary Judgment [111-1]. The Court, having considered the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

In accordance with the Order entered this day, the Court finds that the defendants' Motion is well-taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendants' Motion for Summary Judgment [111-1] is well-taken and should be, and hereby is, GRANTED. This cause is hereby DISMISSED WITH PREJUDICE, each party to bears its own costs.

This, the 20th day of June, 2005.

　　　　　　　　　　　　　　　　　　　　　/s/ W. Allen Pepper, Jr.
　　　　　　　　　　　　　　　　　　　　　W. ALLEN PEPPER, JR.
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE